Case 4:24-cv-04568   Document 19   Filed on 04/21/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
April 21, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ELIZABETH RAZIMINAS, *Plaintiff,* | § § § | |
| V. | § § | CIVIL ACTION NO. 4:24cv4568 |
| HOUSTON METHODIST HOSPITAL, ET AL., *Defendants.* | § § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated March 25, 2025, (Dkt.18) and no party having filed objections thereto, the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this court.

It is further **ORDERED** that Plaintiff's Motion to Remand (Dkt. 9) is **DENIED**, Defendants' Motion to Dismiss (Dkt. 3) is **GRANTED in part** and this case is **REMANDED** to the 187th Judicial District Court of Harris County, Texas from which it was removed.

**SIGNED** at Houston, Texas this 21st day of April, 2025.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE